UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| RUSSELL DUANE MCNEIL,<br><br>            Petitioner,<br><br>vs.<br><br>MAGGIE MILLER-STOUT,<br><br>           Respondent. | No. CV-13-3065-CI<br><br>ORDER DIRECTING SERVICE<br>***ACTION REQUIRED*** |

Petitioner, a prisoner at the Airway Heights Corrections Center, is represented by Lenell Nussbaum. The Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 was filed upon receipt of the $5.00 filing fee on June 25, 2013, ECF No. 1. At this time, **IT IS ORDERED:**

    1. Pursuant to Rule 4, Rules Governing Section 2254 Cases in the United States District Courts, the District Court Executive shall serve copies of this Order, the petition and all supporting documents on Respondent and the Office of the Attorney General for the State of Washington, Criminal Justice Division. All costs of service shall be advanced by the United States.

    2. Respondent shall file and serve an answer within **FORTY-FIVE (45) days** of receipt of a copy of this Order. *See* Rule 5, Rules Governing Section 2254 Cases in the United States District Courts. Respondent should state in the answer whether Petitioner has exhausted available state remedies, whether an evidentiary hearing is necessary, whether there is any issue of abuse or delay under Rule 9, Rules Governing Section 2254 Cases in the United States District Courts, and

ORDER DIRECTING SERVICE -- 1

discuss the availability of transcripts.  Respondent shall attach to the answer portions of the transcripts deemed relevant.  IF RESPONDENT CHOOSES TO PROCEED BY MOTION TO DISMISS RATHER THAN ANSWER, THE MOTION SHALL BE STYLED AS ONE UNDER RULE 8, RULES GOVERNING SECTION 2254 CASES IN THE UNITED STATES DISTRICT COURT.

3.  **The District Court Executive shall set a case management deadline sixty (60) days after the date of this Order.**

The District Court Executive is directed to enter this Order and forward a copy to counsel.

DATED June 28, 2013.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER DIRECTING SERVICE -- 2