FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| RUSSELL DUANE MCNEIL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MAGGIE MILLER-STOUT,<br><br>　　　　　Respondent. | No. 2:13-CV-3065-JTR<br><br>REPORT AND RECOMMENDATION TO DISMISS PETITION WITHOUT PREJUDICE |

**BEFORE THE COURT** is Petitioner's 28 U.S.C. § 2254 habeas corpus petition filed on June 25, 2013. ECF No. 1. Petitioner is represented by attorney Lenell Nussbaum; Respondent is represented by Assistant Attorney General Alex A. Kostin. Petitioner, who was a juvenile when sentenced to life without parole in Washington State, challenges his sentence as cruel and unusual punishment under *Miller v. Alabama*, 132 S. Ct. 2455 (2012). ECF No. 1 at 5. The parties have not consented to proceedings before a magistrate judge.

During the pendency of the instant action, the Washington State Legislature has enacted a statute establishing a new procedure for re-sentencing prisoners, like Petitioner, who are serving life without parole sentences for an offense committed while under the age of 18. *See* ECF No. 33 at 2. Petitioner is scheduled to be

ORDER - 1

resentenced pursuant to this newly established procedure. *Id*. In light of this new state statutory procedure and the pendency of a new sentencing hearing for Petitioner, the parties have filed the instant "Joint Motion to Dismiss Without Prejudice." ECF No. 33.

Based on the foregoing, **IT IS HEREBY RECOMMENDED as follows**:

1. The parties' "Joint Motion to Dismiss Without Prejudice," **ECF No. 33** be **GRANTED**.

2. Petitioner's 28 U.S.C. § 2254 petition, ECF No. 1, be **DISMISSED WITHOUT PREJUDICE**.

## OBJECTIONS

Any party may object to a magistrate judge's proposed findings, recommendations or report within **fourteen (14)** days following service with a copy thereof. Such party shall file written objections with the Clerk of the Court, and serve objections on all parties, specifically identifying the portions to which objection is being made, and the basis therefor. Any response to the objection shall be filed within **fourteen (14)** days after receipt of the objection. Attention is directed to FED. R. CIV. P. 6(d) which adds additional time after certain kinds of service.

A district judge will make a *de novo* determination of those portions objected to and may accept, reject, or modify the magistrate judge's determination. The judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon. The judge may, but is not required to, accept or consider additional evidence, or may recommit the matter to the magistrate judge with instructions. *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000); 28 U.S.C. § 636(b)(1)(B) and (C), FED. R. CIV. P. 72.

A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

ORDER - 2

1    **IT IS SO RECOMMENDED**.  The Clerk of the Court is directed to enter
2    this Report and Recommendation, forward a copy to counsel and Petitioner and
3    **SET A CASE MANAGEMENT DEADLINE ACCORDINGLY**.
4         DATED June 26, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 3